AO 257 (Rev. 6/78)

E-filing

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

──── OFFENSE CHARGED ────

18 U.S.C. § 641- Embezzlement and Theft of Public Money, Property or Records (Class A Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: 1 year imprisonment; $100,000 fine; $25 special assessment; 1 year of supervised release; 5 years probation

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

──── DEFENDANT - U.S ────
▶ WALTER J. WILLIAMS

DISTRICT COURT NUMBER
CR08-494 WDB

FILED
JUL 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

──── PROCEEDING ────

Name of Complaintant Agency, or Person (& Title, if any)
United States Post Office

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form  Joseph P. Russoniello
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Maureen C. Bessette

──── DEFENDANT ────

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

──── ADDITIONAL INFORMATION OR COMMENTS ────

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: August 13, 2008   Before Judge: Brazil

Comments:

E-filing

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

FILED
JUL 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR08-494 WDB |
| Plaintiff, | VIOLATION: 18 U.S.C. § 641 - Embezzlement and Theft of Public Money, Property and Records (Class A Misdemeanor) |
| v. | |
| WALTER J. WILLIAMS, | |
| Defendant. | OAKLAND VENUE |

INFORMATION

The United States Attorney charges:

From approximately July 2007 through January 2008, in the Northern District of California, the defendant,

WALTER J. WILLIAMS,

did knowingly embezzle, steal, purloin, and convert to his own use, money of the United States Postal Service, a department and agency of the United States, namely: funds used to purchase

INFORMATION

fuel and car washes using a government credit card, and did receive, conceal, and retain such money intending to convert it to his own use, in violation of Title 18, United States Code, Section 641, a Class A misdemeanor.

DATED: July 18, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

_____
W. DOUGLAS SPRAGUE
Assistant United States Attorney
Chief, Oakland Branch

(Approved as to form: _____)
MAUREEN BESSETTE
Assistant United States Attorney

INFORMATION                                    2