1   JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney

2

3   W. DOUGLAS SPRAGUE (CSBN202121)
    Chief, Oakland Branch

4   MAUREEN BESSETTE (NYSBN 246854)
    Assistant United States Attorney

5

6      1301 Clay Street, Suite 340S
       Oakland, CA 94612
       Telephone:  (510) 637-3680

7      Fax:  (510) 637-3724
       Email: Maureen.Bessette@usdoj.gov

8

    Attorneys for Plaintiff

9

                    UNITED STATES DISTRICT COURT

10

                  NORTHERN DISTRICT OF CALIFORNIA

11

                         OAKLAND DIVISION

12

    UNITED STATES OF AMERICA,          )   Case No. CR 08 - 00494 WDB
                                       )
13                                     )
           Plaintiff,                  )
                                       )
14                                     )
       v.                              )   **MOTION FOR SUMMONS**
                                       )
15                                     )
    WALTER J. WILLIAMS,                )
                                       )
16                                     )
                                       )
17         Defendant.                  )
                                       )
    _____)

18

19      Based on the facts set forth in the Declaration of Joshua M. Fryday in Support of the United

    States' Motion for Summons, the United States hereby requests that the Court issue a summons

20   for defendant Walter J. Williams.  The facts set forth in the declaration demonstrate that probable

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

MOTION FOR SUMMONS

cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: _7/10/08_

MAUREEN BESSETTE
Assistant United States Attorney

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN202121)
Chief, Oakland Branch

MAUREEN BESSETTE (NYSBN 246854)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3691
   Fax: (510) 637-3724
   Email: Maureen.Bessette@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08-00494 WDB |
| Plaintiff, | |
| v. | DECLARATION OF JOSHUA M. FRYDAY IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS |
| WALTER J. WILLIAMS, | |
| Defendant. | |

I, Joshua M. Fryday, hereby declare as follows:

1. I am Law Clerk assigned to this case. I have received the following information from agents employed by the United States Postal Service (USPS) and from reports and other documents provided to me by the USPS.

2. On or about and between July 2007 through January 9th, 2008, the defendant used a USPS credit card to illegally purchase fuel and car washes for his personal vehicle.

3. Williams was interviewed by USPS agents and admitted to purchasing fuel and car washes for his personal vehicle by using the Voyager card assigned to Postal Service vehicles from July 2007 through January 2008.

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS

4. Williams acknowledged that he understood that the fuel and car washes purchased for his personal vehicles with the Postal Service Voyager cards was stealing. Williams provided a sworn written statement.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed July 10, 2008 at Oakland, California.

DATED: _7-10-08_____

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

JOSHUA M. FRYDAY
Law Clerk
United States Attorney's Office

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                       NORTHERN DISTRICT OF CALIFORNIA

8                              OAKLAND DIVISION

9  UNITED STATES OF AMERICA,          )   Case No. CR 08 - 00494 WDB
                                      )
10          Plaintiff,                )
                                      )
11     v.                             )   [PROPOSED] ORDER FOR SUMMONS
                                      )
12  WALTER J. WILLIAMS,               )
                                      )
13                                    )
            Defendant.                )
14                                    )
   _____)

15

16

17     Having reviewed the Declaration of Joshua M. Fryday, the Court finds that probable cause

18  exists to believe that an offense has been committed.  Accordingly, pursuant to Fed. R. Crim. P.

19  58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Walter J.

20  Williams, to appear on August 13, 2008 at 10:00 am before Magistrate Judge Wayne D. Brazil to

    answer the Information that has been filed by the United States Attorney.

21

22     IT IS SO ORDERED.

23

24  Dated: _____      _____
                                     WAYNE D. BRAZIL
25                                   United States Magistrate Judge

26

27

28

ORDER FOR SUMMONS