**FILED**

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

JUL 3 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 08-00494 WDB |
|---|---|
| Plaintiff, | ) |
| v. | ) [~~PROPOSED~~] ORDER FOR SUMMONS |
| WALTER J. WILLIAMS, | ) |
| Defendant. | ) |

Having reviewed the Declaration of Joshua M. Fryday, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Walter J. Williams, to appear on August 13, 2008 at 10:00 am before Magistrate Judge Wayne D. Brazil to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: 7-30-08

**Maria Elena James**
~~WAYNE D. BRAZIL~~
United States Magistrate Judge

ORDER FOR SUMMONS