JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Chief, Oakland Branch

VIRGINIA L. DOLE
Law Clerk

    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Phone (510) 637-3680
    Fax (510) 637-3724
    E-Mail: Virginia.Dole@usdoj.gov

Attorneys for Plaintiff

**FILED**

SEP 2 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WALTER J. WILLIAMS,<br><br>    Defendant. | No. CR 08-494 WDB<br><br>MOTION AND [~~PROPOSED~~] ORDER TO DISMISS INFORMATION |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above Information without prejudice.

                                      Respectfully submitted,

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

DATED: September 25, 2008                /s/
                                      W. DOUGLAS SPRAGUE
                                      Chief, Oakland Branch

//

NOTICE OF DISMISSAL (CR 08-494 WDB)

*[Handwritten annotations: "cc: WDB's Stats   Copy to parties via ECF, Pretrial, 2 certified copies to Marshal"]*

1 | The Court hereby grants leave to dismiss the above Information without prejudice.

3 | DATED: _9-26-08_          _/s/ Wayne D. Brazil_
4 |                           WAYNE D. BRAZIL
                              United States Magistrate Judge

NOTICE OF DISMISSAL (CR 08-494 WDB)